## Commonwealth ex rel. Lowry, Appellant, *v.* Myers.

Submitted January 6, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*John J. Lowry,* appellant, in propria persona.

*David Durben,* Assistant District Attorney, and *William J. Carlin,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 16, 1965:

Relator, who was represented by an attorney, was convicted of first degree murder and sentenced to life imprisonment. His conviction and sentence were affirmed in *Commonwealth v. Lowry,* 374 Pa. 594, 98 A. 2d 733. The United States Supreme Court denied certiorari, 347 U.S. 914. Relator filed a petition for a writ of habeas corpus which was denied by the lower Court without a hearing. Relator then filed this appeal.

We have examined the record and find no merit in any of relator's contentions.

Order affirmed.